E-FILED 05/16/13

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANGELA WRIGHT, | ) | CASE NO.: 13-CV-242-PSG-JCG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED]** **JUDGMENT GRANTING** |
| | ) | **DEFENDANT'S OFFER OF JUDGMENT** |
| THE KATZ LAW FIRM and DOES 1 through 10 inclusive, | ) | |
| Defendants. | ) | |

Based on the Plaintiff's Acceptance of the Offer of Judgment made by Defendant THE KATZ LAW FIRM filed on May 15, 2013, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

  1. Defendant allows judgment to be taken against Defendant and in favor of Plaintiff;
  2. Judgment shall be entered in the amount of $1,001.00 for Plaintiff;
  3. Judgment shall be entered for reasonable attorney's fees and costs in connection with Plaintiff's action and are to be added to the Judgment as against Defendant.  Said fees and costs are to be in an amount to be agreed upon by counsel for the parties; or if the parties are unable to reach an agreement, then fees and costs shall be determined by the Court, upon Motion within 30 days;

**IT IS SO ORDERED.**

Dated: 5/16/13            PHILIP S. GUTIERREZ

U.S. District Judge Hon. Philip S. Gutierrez

[PROPOSED] JUDGMENT